# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GERALD M. FRETT,

    Plaintiff,

vs.                                            CASE NO. 8:08-CIV-1276-T-17-TBM

GREYHOUND LINES, INC., et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION WITH LEAVE TO AMEND

This cause is before the Court on the defendant, Amalgamated Transit Union's, motion to dismiss (Docket No. 22) and response thereto (Docket No. 23). The response admits that the arguments in the motion, regarding the claims under Taft-Hartley being time-barred, are well-taken. Additionally, the response suggests that the plaintiff recognizes the need to amended the other portions of the complaint and asks for time to file an amended complaint. Accordingly, it is

**ORDERED** that defendant, Amalgamated Transit Union's, motion to dismiss (Docket No. 22) be **granted** and the claims under the Taft-Hartley Act are dismissed with prejudice. The remaining claims are dismissed without prejudice and the plaintiff **shall have** twenty (20) days from this date to file his first amended complaint to correct the deficiences in the

complaint.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 3rd day of February, 2009.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record